

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00084-CR
No. 04-18-00085-CR

Tracy O'Neil **COBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9299 and Trial Court No. 2017CR9300
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED January 23, 2019.

_____
Irene Rios, Justice